B-55 [Rev. 12/04] DA

Case: 09-21504-JSD    Doc#:32    Filed:04/14/10    Page:1 of 1

FILED
Samuel L. Kay, Clerk
United States Bankruptcy Court
Brunswick, Georgia
By arowe at 9:15 am, Apr 14, 2010

# United States Bankruptcy Court
## For the Southern District of Georgia

In the matter of: **BARRY WAYNE DANIELS, MISTIE MICHELLE DANIELS**
Debtor(s)

Chapter **7**
Case Number **09-21504-JSD**

## ORDER ON MOTION FOR RELIEF FROM STAY

MOVANT: **U.S. BANK, NA**

SUBJECT PROPERTY: **42 PHENIX COURT, WAVERLY, GEORGIA 31565**

After notice and a hearing the motion is ordered:

☑ Granted.
    ☐ Trustee will discontinue distribution on the movant's claim and reduce movant's claim to the amount paid if no amended claim is filed within _____ days of this order.
    ☐ The Trustee shall reduce movant's claim relating to this collateral to the amount paid. Movant is granted leave to seek allowance of a deficiency claim, if appropriate.

☐ Denied.
    ☐ Continued to _____ at _____ a.m./p.m.

☐ The debtor shall make timely post-petition payments to movant as required by the Chapter 13 plan.

☐ The debtor shall tender payments to cure an arrearage of _____ as follows:

Pay _____ by _____

Pay _____ per month beginning _____

for _____ months and a final payment of _____.

STRICT COMPLIANCE IS ORDERED as follows:

That in the event the debtor fails to comply with the terms of this order, the movant, through its attorney of record, may file an affidavit establishing the default, served upon debtor and debtor's attorney. Upon the expiration of ten (10) days without filing of a counter-affidavit by the debtor disputing the <u>fact</u> of default, an order will be entered lifting the automatic stay, converting the case to a Chapter 7 or dismissing the case without further motion, notice or hearing.

The automatic stay is lifted automatically and without any further Notice or Order of Court, in the event that debtor remains in default in the performance of any payment obligation set forth in this order ten (10) days after the filing and service of a Notice of Non-compliance by Movant. Any action to reimpose the stay seeks injunctive relief and shall be brought as an Adversary Proceeding under Rules 7065 and 9011.

The strict compliance provision of this Order shall expire on _____.

Other provisions: _____

_____
John S. Dalis, United States Bankruptcy Judge

DATED: April 13, 2010.

Our signatures below we do hereby consent to the entry of the foregoing order.

_____ _____ _____
Attorney for Movant     Attorney for Respondent/Debtor     Trustee